RUSSELL ANDERSON *v.* F. FRANCIS D'ADDARIO

KING, C. J., ALCORN, HOUSE, THIM and RYAN, Js.

Argued October 9—decided October 9, 1969

*Arthur Levy, Jr.,* with whom, on the brief, was *Irwin E. Friedman,* for the appellant (defendant).

*Howard F. Zoarski,* for the appellee (plaintiff).

PER CURIAM. The trial court reached a permissible result on conflicting evidence.

There is no error.